UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARA VITERI-BUTLER,

        Plaintiff,                                    No. C 12-2651 PJH

        v.                                                      **ORDER OF REFERENCE**
                                                                    **TO MAGISTRATE JUDGE**
UNIVERSITY OF CALIFORNIA,
HASTINGS COLLEGE OF THE LAW, et al.,

        Defendants.
_____/

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for

resolution of Plaintiff's Motion to Compel, and for all further discovery.  Any date for hearing

on discovery motions previously noticed on the undersigned's calendar is VACATED.

      After the parties have met and conferred, they shall prepare a joint letter of not more

than 8 pages with no more than 12 pages of attachments, explaining the dispute.  The joint

letter must be e-filed under the Civil Events category of "Motions and Related Filings>

Motions--General>Discovery Letter Brief."  The Magistrate Judge may issue a ruling, order

additional briefing, or set a telephone conference or a hearing.  After a Magistrate Judge

has been assigned, all further discovery matters shall be filed pursuant to that Judge's

procedures.

**IT IS SO ORDERED.**

Dated:  August 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record